UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SAUDY GUERRERO,                        :
                  Petitioner,                   :         **ORDER**
                                :

v.                                     :         19 CV 4130 (VB)
                                :         S11 14 CR 768-09 (VB)

UNITED STATES OF AMERICA,              :
                  Respondent.                  :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2020

       By Order dated April 13, 2020, the Court granted petitioner Saudy Guerrero's application for leave to amend his Section 2255 motion, and deemed petitioner's amended Section 2255 motion (Doc. #16 in 19cv4130) the operative Section 2255 motion in this case. (See Doc. #19 in 19cv4130). The Court also directed the government to file its answer or other pleading in response to the amended Section 2255 motion by July 13, 2020, and informed petitioner that his reply, if any, to the government's response to the amended Section 2255 motion is due August 13, 2020. (Id.).

       On July 13, 2020, the government filed a memorandum of law in opposition to petitioner's amended Section 2255 motion. (Doc. #20 in 19cv4130). The government's submission includes a certificate of service, indicating the submission was mailed to petitioner on July 13, 2020. (Id. at 19).

       By letter dated July 26, 2020, petitioner states the government's response to his amended Section 2255 motion "has yet to be received." (Doc. #21 in 19cv4130).

       Accordingly, it is HEREBY ORDERED:

1.      By <u>August 7, 2020</u>, the government shall re-mail to petitioner its opposition to the amended Section 2255 motion, and file proof of service of same.

2.      Petitioner shall have until <u>September 10, 2020,</u> to file a reply to the government's

response to the amended Section 2255 motion.  Absent further order of the Court,

the amended Section 2255 motion will be considered fully submitted as of that

date.

**The parties are reminded that all papers submitted in this matter must bear both**

**the civil docket number and the criminal docket number and must be filed in both dockets.**

Chambers will mail a copy of this Order to petitioner at the address on the civil docket.

Dated: August 4, 2020
       White Plains, NY

                              SO ORDERED:


                              Vincent L. Briccetti
                              United States District Judge

2