UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SAUDY GUERRERO,
          Petitioner,        :

                               :        **ORDER**

v.                          :        19 CV 4130 (VB)
                               :        S11 14 CR 768-09 (VB)
UNITED STATES OF AMERICA,  :
          Respondent.     :
------------------------------------------------------x

By letter dated September 1, 2020, petitioner Saudy Guerrero states his deadline to respond to the government's opposition to his amended Section 2255 motion is September 10, 2020, and requests an extension of time to submit his response. (See Doc. #27).

However, by Order dated September 8, 2020, the Court extended to <u>October 8, 2020</u>, petitioner's time to respond to the government's opposition. (Doc. #26). The October 8 Order was mailed to petitioner that day. Accordingly, the relief petitioner requests has already been granted.

**<u>Petitioner's response to the government's opposition remains due October 8, 2020.</u>** Absent further order of the Court, the amended Section 2255 motion will be considered fully submitted as of that date.

**The parties are reminded that all papers submitted in this matter must bear both the civil docket number and the criminal docket number and must be filed in both dockets.**

Chambers will mail a copy of this Order and its October 8 Order (Doc. #26) to petitioner at the address on the civil docket.

Dated: September 11, 2020
       White Plains, NY

                          SO ORDERED:

                          Vincent L. Briccetti
                          United States District Judge

RECEIVED
SEP 09 2020
U.S.D.C.
WP

Dear District Court Clerk,

I have a motion due on 9-10-2020
regarding my 2255. I received the
motion on 8-31-2020 and need an
extension to meet the 9-10-2020
deadline. I am currently being housed
in the Shu with limited access to
the law library and other legal documents
in my property. Due to these circumstances
I am asking an extension be granted
by the courts. Can you please notify the
judge and forward any response made.
Thank you

SAudy Guerrero 62424-018

Federal Correctional Institution Gilmer
P.O. Box 6000
Glenville, WV 26351
Date: 9/1/2020

x SAudy Guerrero 62424-018

