Copies Mailed/Faxed 8/23/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SAUDY GUERRERO,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.
--------------------------------------------------------------x

**ORDER**

19 CV 4130 (VB)
S11 14 CR 768-9 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 8/23/21

      On August 20, 2021, petitioner Saudy Guerrero filed a "motion pursuant to Rule 59(e) to alter or amend judgment," claiming among other things that Mr. Patel did not file a notice of appeal from the Judgment entered on January 30, 2018, after being asked to do so, and attaching a copy of a letter assertedly sent to Mr. Patel on November 10, 2018, which was "return[ed] to sender" as "not deliverable as addressed." (Doc. #35 in 19cv4130).

      By <u>September 20, 2021</u>, the government shall file a response to the motion.

      Chambers will mail a copy of this Order to petitioner at the following address:

Saudy Guerrero, Reg. No. 62424-018
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV  26351

Dated: August 23, 2021
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge