UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,         :

v.                              :        **ORDER**

SAUDY GUERRERO,           :        S11 14 CR 768-9 (VB)
                  Defendant.    :
----------------------------------------------------------------x

By Order dated May 31, 2022, the Court denied defendant's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). On June 6, 2022, after receiving a reply from defendant that was dated prior to the May 31 Order, the Court issued an Order stating that nothing contained in the reply changed the Court's conclusion that the motion must be denied. Accordingly, the Court adhered to its decision denying the motion. Both the May 31 and June 6 Orders were mailed to defendant.

On June 6, 2022, after the Court issued its Order reiterating that the motion was denied, the Court received a package of letters from defendant's family members, which appear to have been submitted in support of defendant's motion. (The letters will be separately docketed.) The Court has carefully reviewed all of the letters. Nothing in those letters changes the Court's conclusion that the motion for a reduction of sentence was correctly denied.

Accordingly, the Court again adheres to its prior decision to deny defendant's motion for a reduction of sentence.

Chambers will mail a copy of this Order to defendant at the following address:

Saudy Guerrero, Reg. No. 62424-018
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

Dated: June 17, 2022
      White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge