**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                            Telephone 212-349-0230

**By ECF**

> **APPLICATION DENIED**
> Defendant does not have any matter currently pending before this Court for which counsel might be appointed pursuant to the Criminal Justice Act. See 18 U.S.C. Section 3006(A). In addition, the instant letter from defendant's former counsel, Mr. Patel, provides no details about the "situation" for which defendant needs assistance. Thus, the Court will not appoint counsel for defendant.
> SO ORDERED:
> _/s/ Vincent L. Briccetti_
> Vincent L. Briccetti, U.S.D.J. 8/23/2023

Vincent L. Briccetti
United States District [Judge]
United States Courth[ouse]
300 Quarropas Stree[t]
White Plains, New Y[ork]

Re:   United States v. Saudy Guerrero
      S11 14 Cr. 768 (VB)

Dear Judge Briccetti:

This letter is respectively submitted to request the appointment of different CJA counsel for the limited purpose of assisting Mr. Guerrero with his current situation.

I recently received an email from Mr. Guerrero asking for help with a medical issue and the conditions of his confinement. I contacted AUSA Scott Hartman who sent me a copy of Mr. Guerrero's medical records. Given Mr. Guerrero's 2255 previous accretions that I had provided him with ineffective assistance of counsel in the past, I may not be the right lawyer to help Mr. Guerrero with his current problem.

I will provide whatever information to new counsel if Your Honor appoints new counsel.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/23