UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :

v.                                                 :                    **ORDER**

SAUDY GUERRERO,                                    :                    S11 14 CR 768-9 (VB)
                              Defendant.           :
------------------------------------------------------------x

On September 5, 2023, the Court received a letter from defendant's mother complaining about the medical treatment defendant has received while in BOP custody.  The letter will be separately docketed.  The Court recently denied a request to appoint counsel to address "a medical issue and the conditions of [defendant's] confinement."  (Doc. #637).

Defendant's mother asks for an injunction "to insure that [her] son receives the required medical attention."  Plainly, this Court does not have the power to issue such an injunction.  However, in an effort to ensure that the government, and in particular the BOP, is addressing this matter, by October 2, 2023, the government is directed to look into the matter and report back to the Court by letter.

Chambers will mail a copy of this Order to defendant at the following address:

Saudy Guerrero, Reg. No. 62424-018
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

Dated: September 11, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti